**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**VAUGHAN WINSTON TRANSPORTATION COMPANY.**

No. 15986.

United States Court of Appeals
Eighth Circuit.

April 9, 1958.

Thomas J. McDermott, Assoc. Gen. Counsel, National Labor Relations Board, and Marcel Mallet, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

**Alfred Adolph KAHNER, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 13414.

United States Court of Appeals
Sixth Circuit.

May 14, 1958.

William Murray, and Mark Friedman, Detroit, Mich., for appellant.

Fred W. Kaess and Orrin C. Jones, Detroit, Mich., for appellee.

Before MARTIN and McALLISTER, Circuit Judges, and JONES, District Judge.

PER CURIAM.

This case came on to be heard on the oral arguments and briefs of contending attorneys and on the record in the cause;

And it appearing that the judgment of conviction is supported by substantial evidence and is not clearly erroneous;

The judgment of Chief Judge 'Lederle of the United States District Court for the Eastern District of Michigan is affirmed upon the basis of his findings of fact and conclusions of law.

It is so ordered.

**John M. and Florence B. STURGEON, Plaintiffs-Appellants,**

v.

**Dennis J. McMAHON as Former Collector of Internal Revenue, Second District, New York, Defendant-Appellee.**

No. 329, Docket 24981.

United States Court of Appeals
Second Circuit.

Argued May 5, 1958.

Decided June 2, 1958.

Jackson, Nash, Brophy, Barringer & Brooks, New York City (John G. Jackson, Jr., of counsel), New York City, for plaintiffs-appellants.

Paul W. Williams, U. S. Atty., S.D. N.Y., New York City (Robert J. Ward, Asst. U. S. Atty., New York City, John A. Guzzetta, Asst. U. S. Atty., of counsel), for defendant-appellee.

Before WATERMAN and MOORE, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

The judgment below is affirmed on Judge Edelstein's opinion filed October 15, 1957, 155 F.Supp. 628.